Receipt # 11091598
$94.10 md
4-5-11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK


FILED
APR 5 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 94.10
 CHECK # 15443 FOR $ 94.10
                Representing unclaimed funds.

DATED: 3-31-2011

                      _____
                      ALBERT J. MOGAVERO
                      TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 148024 | GHAFOOR | 0516651 | 6.96 | SOPHIA GHAFOOR | 168 HIGHGATE AVE. | | BUFFALO NY | 14215 |
| 148026 | DUGUAY | 0516814 | 20.28 | DANIEL & SABRINA DUGUAY | 182 WESTFIELD ROAD | | AMHERST NY | 14226 |
| 148050 | MCNAIR, JR. | 0601260 | 5.00 | MOSE MCNAIR, JR. & BARBARA M | 134 KINGSLEY STREET, APT. #1 | | BUFFALO NY | 142082131 |
| 148064 | MARTIN | 0703096 | 5.01 | BERTON & DARLENE MARTIN | 202 PURDY STREET | | BUFFALO NY | 14208 |
| 148066 | YAEGER | 0811073 | 5.00 | GRETCHEN A YAEGER | PO BOX 8 | | DARIEN CENTER NY | 14040 |
| 148068 | KELLEHER | 0813168 | 5.00 | SUSAN G KELLEHER | 50 COLTON ST. | | BUFFALO NY | 14206 |
| 148072 | DORVAL | 0814221 | 5.00 | SEAN M DORVAL | 326 NORTON AVENUE | | JAMESTOWN NY | 14701 |
| 148074 | CAMPISI | 0814553 | 5.02 | DIANE L CAMPISI | 22 ALLEGANY AVENUE | | BUFFALO NY | 14217 |
| 148075 | WALTER, III | 0814883 | 5.00 | HENRY A WALTER, III | 46 LASALLE AVENUE | | KENMORE NY | 14217 |
| 148076 | RODRIGUEZ | 0814891 | 5.00 | MICHELE RODRIGUEZ & GEORGE | 1625 SUNBURST WAY | | KISSIMMEE FL | 34744 |
| 148081 | DIXON | 0910395 | 5.01 | JAMES G DIXON | 1505 JEFFERSON AVE. | | BUFFALO NY | 14208 |
| 148086 | BUGYI, JR. | 0913924 | 5.00 | RONALD A BUGYI, JR. | 2690 NEW ROAD | | RANSOMVILLE NY | 14131 |
| 148088 | KITT, SR. | 0914167 | 5.00 | MICHAEL S KITT, SR. | PO BOX 70 | | SILVER SPRINGS NY | 14550 |
| 148091 | GREER | 0914903 | 6.82 | MARY GREER | 250 RAINBOW BLVD. | | NIAGARA FALLS NY | 14303 |
| 148094 | LIPSIUS | 0915773 | 5.00 | PETER & SUZANNE LIPSIUS | 110 PETER STREET | | BUFFALO NY | 14207 |

Page 1 of 1